IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| DEANN WALTER, ) | |
| *an individual*, ) | |
| ) | |
| Plaintiff, ) | Case No.: 8:13-CV-02738-TDC |
| ) | |
| v. ) | |
| ) | |
| USRP I, LLC, ) | |
| *a Delaware Limited Liability Company,* ) | |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismiss this action with prejudice and each party shall bear its respective fees and costs.

Respectfully Submitted,                                          Respectfully Submitted,

*/s/ Robert King*                                                      */s/ Seth D. Goldberg*
Robert King, Esq. (MD 07156)                          Seth D. Goldberg, Esq. (MD 23059)
King & Silverman Attorneys at Law              Beins, Goldberg & Hennessey, LLP
3470 Olney Laytonsville Rd.                            Chevy Chase Metro Building
Suite 33                                                                 2 Wisconsin Circle, Suite 700
Olney, MD 20832                                                Chevy Chase, Maryland 20815
Tel: (301) 774-5999                                             Tel: (240) 235-5040
Fax: (301) 774-5997                                             sethg@bghllp.com
bobking@silverkinglaw.com                          *Attorneys for Defendant*
*Attorneys for Plaintiff*